BROOKS DISTRIBUTING COMPANY, INC., PLAINTIFF v. JEFFREY PUGH, DEFENDANT

BROOKS DISTRIBUTING COMPANY, INC., PLAINTIFF v. HOWARD HELTON, DEFENDANT

No. 560A88

(Filed 5 April 1989)

APPEAL by plaintiff from a divided panel of the Court of Appeals, 91 N.C. App. 715, 373 S.E. 2d 300 (1988), which affirmed in part and reversed in part a judgment of superior court entered 22 September 1988. Heard in the Supreme Court 14 March 1989.

*Maxwell, Martin, Freeman and Beason, by James B. Maxwell and John C. Martin, for plaintiff appellant.*

*Haywood, Denny, Miller, Johnson, Sessoms and Patrick, by George W. Miller, Jr. and E. Elizabeth Lefler, for defendant appellees.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Cozort, J., the decision of the Court of Appeals as to the defendant Helton is reversed. The case is remanded to the Court of Appeals for further remand to the Superior Court of Durham County.

Reversed and remanded.